**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No. 11-MJ-00128-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DAVID R. HAYDEN,**

**Defendant.**

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Affidavit in Support of Warrantless Arrest [Doc. #2] filed in CM-ECF was filed in error by the Magistrate Judge's Secretarial Assistant since it had not been executed by the arresting officer, therefore:

**IT IS HEREBY ORDERED** that the Affidavit in Support of Warrantless Arrest [Doc. #2] should be **SEALED**.

**DATED: June 17, 2011.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**